UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

**CORRETTO LLC,**

                **Plaintiff,**

          **-against-**

**ERIE INSURANCE COMPANY,**

                **Defendant.**

----------------------------------------------------------- x

1: 24-cv-02674 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the request from Defendant for a pre-motion conference in relation to its anticipated partial motion to dismiss. ECF No. 4. Defendant's request for a pre-motion conference is **DENIED**. Defendant is **GRANTED** leave to file a partial motion to dismiss. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

      Defendant's opening brief due by **December 6, 2024**

      Plaintiff's opposition brief due by **December 27, 2024**

      Defendant's reply brief due by **January 10, 2025**

**SO ORDERED.**

Dated:   **November 15, 2024**
             **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**