**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CORRETTO LLC,**

**Plaintiff,**

**-against-**

**ERIE INSURANCE COMPANY,**

**Defendant.**

**1:24-cv-02674 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On August 21, 2026, Defendant Erie Insurance Company ("Erie") filed a letter requesting a pre-motion conference in connection with Erie's anticipated motions for summary judgment and to preclude expert testimony of Steven Soumakis. *See* ECF No. 29. Per this Court's Individual Practices, Plaintiff is hereby **ORDERED** to respond by August 26, 2026, indicating its position.

**SO ORDERED.**

**Dated: August 25, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**