**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CORRETTO LLC,**<br>**Plaintiff,**<br>**-against-**<br>**ERIE INSURANCE COMPANY,**<br>**Defendant.** | **1:24-cv-02674 (ALC)**<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 21, 2026, Defendant Erie Insurance Company ("Erie") filed a letter requesting a pre-motion conference in connection with Erie's anticipated motions for summary judgment and to preclude expert testimony of Steven Soumakis. *See* ECF No. 29. On August 26, 2026, Plaintiff filed a letter indicating its response. Defendant's request for a pre-motion conference is hereby **DENIED**. The Parties are hereby ordered to submit a joint status report by **September 17, 2026** addressing the status of any settlement in this case. In that report, the Parties should inform the Court of whether the Parties have reached a settlement agreement or would like a referral for a settlement conference with this Court or the magistrate judge or to the court-annexed mediation program. If the case has not settled and the Parties do not think further settlement discussions would be fruitful, the Parties should submit a joint briefing schedule on Defendant's requested summary judgment and *Daubert* motions.

**SO ORDERED.**

**Dated: August 27, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**